

Villanova University School of Law

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-15-2005

# USA v. Leahy

Precedential or Non-Precedential: Precedential

Docket No. 03-4490

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Leahy" (2005). *2005 Decisions.* Paper 475.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/475

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

Nos. 03-4490, 03-4542 & 03-4560

———

UNITED STATES OF AMERICA

v.

PAUL J. LEAHY,
                    Appellant at No. 03-4490

TIMOTHY SMITH,
                    Appellant at No. 03-4542

DANTONE, INC,
   t/a Carriage Trade Auto Auction,
                    Appellant at No. 03-4560

———

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Criminal Nos. 01-cr-00260-2/-1/-3
(Honorable J. Curtis Joyner)

———

Present:  SCIRICA, Chief Judge,
SLOVITER, ALITO, ROTH, McKEE, RENDELL, BARRY,
AMBRO, FUENTES, SMITH, FISHER, VAN ANTWERPEN,
and BECKER, Circuit Judges

**O R D E R**

A majority of the active judges having voted for rehearing *en banc* in the above appeal, it is ordered that the Clerk of this Court list the above case for rehearing *en banc* at 9:30 a.m. on Tuesday, November 1, 2005.

BY THE COURT,

/s/ Anthony J. Scirica
Chief Judge

DATED: September 15, 2005
CLC\cc: Ian M. Comisky, Esq.
      Mary E. Crawley, Esq.
      Robert A. Zauzmer, Esq.
      Jeffrey M. Miller, Esq.
      Robert E. Welsh Jr., Esq.